## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) |
| **John T. Allen,** | ) |
| | ) Chapter 13 |
| | ) |
| | ) Honorable Eugene R. Wedoff |
| Debtor(s). | ) |
| | ) 12-35720 |
| | ) |

RULE 3002.1(g) STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

NOW COMES creditor First Midwest Bank, by and through its attorneys Klein, Daday, Aretos & O'Donoghue, LLC, and pursuant to F.R.B.P. 3002.1(g) hereby supplements its Proof of Claim No. 3, and in response to the Trustee's Notice of Final Cure Payment, states as follows:

1. First Midwest Bank disagrees that the debtor(s) has paid in full the amount required to cure the default on the claim.

2. First Midwest Bank agrees that the debtor(s) is otherwise current on all payments consistent with § 1322(b)(5) of the Code.

3. That debtor(s) has incurred in accordance with debtor(s)' underlying agreement with First Midwest Bank, postpetition legal and appraisal fees and costs which remain unpaid as of the date of this statement, in the total amount of $5,313.92, as itemized in the attached creditor's B10S2 Notices; filed as supplements to Claim No. 3 in accordance with F.R.B.P. 3002.1(c).

Dated: 5/28/2015

                                        Respectfully submitted,

                                        First Midwest Bank
                                        By One of Its Attorneys:
                                        /s/ Jonathan N. Rogers

Jonathan N. Rogers
Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Rd.
Rolling Meadows, IL 60008
(847) 590-8700
6243761

B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re   John T. Allen  
        Debtor

Case No.  12-35720

Chapter  13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: First Midwest Bank

Court claim no. (if known): 3

Last four digits of any number you use to identify the debtor's account: 9 8 7 6

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No  
☐ Yes. Date of the last notice: _____  
                               mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 9/19/2012 - 1/7/2013 | (5) | $ 1,104.92 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:___ | | (10) | $ |
| 11. Other. Specify:___ | | (11) | $ |
| 12. Other. Specify:___ | | (12) | $ |
| 13. Other. Specify:___ | | (13) | $ |
| 14. Other. Specify:___ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

B 10S2 (Supplement 2) (12/11)                                                                                           Page 2

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

Signature: X /s/ Jeanine Cozzi AVP

Date: 02/18/2013 (mm/dd/yyyy)

Print: Jeanine (First Name) / (Middle Name) / Cozzi (Last Name)

Title: Asst Vice President - Special Assets Dept.

Company: First Midwest Bank

Address: 1 Pierce Place - Ste 1500 (Number / Street)
Itasca (City)  IL (State)  60143 (ZIP Code)

Contact phone: (630) 875-7387            Email: jeanine.cozzi@firstmidwest.com

B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

In re  John T. Allen
       _____
       Debtor

Case No. 12-35720
Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: First Midwest Bank

Court claim no. (if known): 3

Last four digits of any number you use to identify the debtor's account: 9 8 7 6

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: _____
                                 mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | 11/14/2012 - 11/21/2013 | (3) $ 3,050.00 |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: | | (11) $ |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

B 10S2 (Supplement 2) (12/11)                                                                        Page 2

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _Jeanine Cozzi  AVP_____                Date  _12/13/2013_
Signature                                                                       mm/dd/yyyy

Print:   _Jeanine_____   _____   _Cozzi_____          Title  _Assistant Vice President_
         First Name           Middle Name      Last Name

Company  _First Midwest Bank_____

Address  _1 Pierce Place  Suite 1500_____
         Number        Street
         _Itasca, IL. 60143_____
         City                    State    ZIP Code

Contact phone  _(630) 875-7387_             Email  _jeanine.cozzi@firstmidwest.com_

B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  John T. Allen
       Debtor

Case No. 12-35720

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: First Midwest Bank

Court claim no. (if known): _____

Last four digits of any number you use to identify the debtor's account:  9 8 7 6

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: _____
         mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 5/6/2014 - 5/28/2015 | (3) | $ 889.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | 1/8/2013 - 9/9/2014 | (6) | $ 270.00 |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

B 10S2 (Supplement 2) (12/11)                                                                                           Page 2

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _Jeanine Cozzi AVP_____    Date _05/28/2015_
Signature                                                                                      mm/dd/yyyy

Print:    Jeanine            Cozzi              Title    Assistant Vice President
         First Name    Middle Name    Last Name

Company    First Midwest. Bank

Address    1 Pierce Place - Suite 1500
           Number        Street
           Itasca                    IL       60143
           City                      State    ZIP Code

Contact phone    (630) 875-7387          Email    jeanine.cozzi@firstmidwest.com