# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In re** | ) |
| | ) |
| **John T. Allen,** | ) |
| | ) **Chapter 13** |
| | ) |
| | ) **Honorable Deborah L. Thorne** |
| **Debtor(s).** | ) |
| | ) **Case No. 12-35720** |
| | ) |
| | ) **November 16, 2015 at 9:00 a.m.** |

## NOTICE OF MOTION

To:     See service list

On **November 16, 2015 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Deborah L. Thorne** or any judge sitting in her stead, in the courtroom usually occupied by her at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, room 613, Chicago, IL 60604, and present the attached motion.

/s/ Jonathan N. Rogers

## PROOF OF SERVICE

I, the undersigned attorney certify that on November 4, 2015, I served this notice and its attachments to each person to whom it is directed and in such manner as indicated on the attached Service List.

/s/ Jonathan N. Rogers

Jonathan N. Rogers
Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Rd., Suite 250
Rolling Meadows, IL 60008
(847) 590-8700
6243761

Service List

**John T. Allen**
1735 Chicago Avenue
Apt 912-N
Chicago, IL 60201
By First Class Mail, postage prepaid

**David R Herzog**
Herzog & Schwartz Pc
77 W Washington Suite 1717
Chicago, IL 60602
Via the Court's CM/ECF System

**Marilyn O Marshall**
224 South Michigan Ste 800
Chicago, IL 60604
Via the Court's CM/ECF System

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In re** | ) |
| | ) |
| **John T. Allen,** | ) |
| | ) **Chapter 13** |
| | ) |
| | ) **Honorable Deborah L. Thorne** |
| **Debtor(s).** | ) |
| | ) **Case No. 12-35720** |
| | ) |
| | ) **November 16, 2015 at 9:00 a.m.** |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

NOW COMES the Movant First Midwest Bank, by and through its attorneys, Klein, Daday, Aretos & O'Donoghue, LLC, and moves this Honorable Court for entry of an order modifying the Automatic Stay pursuant to 11USC 362, as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. 1409.

3. Debtor filed this instant case on or about September 10, 2012. Debtor is a licensed, practicing attorney in the state of Illinois.

4. First Midwest Bank holds a perfected mortgage lien on the property commonly known as 38 Maywood Drive, Danville, IL 61832 (hereinafter "the Property").

5. That the Debtor's loan with First Midwest Bank secured by the Property is not escrowed for real estate taxes.

6.     Debtor is in arrears post-petition on the Second Installment of the 2014 Vermilion County Real Estate Taxes for the Property in the approximate amount of $2,059.65.

7.     Movant is not adequately protected.

8.     Movant continues to be injured each day it remains bound by the automatic stay and requests that Rule 4001(a)(3) be waived for cause.

9.     That on July 11, 2011 Debtor filed a prior bankruptcy case, In re John T.Allen, Case No. 11-28477 and received his discharge in Chapter 7 on or about May 18, 2012.

10.    On or about February 2, 2012, First Midwest Bank filed its complaint for foreclosure of the Property in the Circuit Court of Vermilion County, 5th Circuit, Case No. 12 CH 39.  A judgment of foreclosure and sale was entered in favor of First Midwest Bank and against the Debtor on or about May 11, 2012.

11.    That on or about July 31, 2012, Debtor filed his Notice of Appeal before the Appellate Court of the State of Illinois, Fourth District, Docket Number: 4-12-0716, appealing from the entry of Judgment of Foreclosure and Sale of the Circuit Court of Vermilion County, 5th Circuit, in Case No. 12 CH 39, First Midwest Bank, Plaintiff-Appellee v. John T. Allen, Jr, et al (hereinafter the "Appeal").

12.    Debtor's Appeal is still pending, and on or about September 30, 2015, Debtor filed the attached 6th Status Report in the Appeal (Exh. "A"), stating that Debtor's Chapter 13 plan "requires five years of payments to be completed before the claimed Mortgage Arrears are fully retired," (6th Status Report, Pg. 2, Par. 11) and requesting that the Appellate Court "…stay...the...Appeal…, until such time

as John Allen discharges his obligations to Midwest Bank under the Approved Plan…" (6th Status Report, Pg. 2, Prayer for Relief).

13. Debtor's material "obligations to First Midwest Bank" under his Confirmed Chapter 13 plan were discharged on or about February 20, 2015 when Chapter 13 Trustee Marilyn O. Marshall tendered the final payment to First Midwest Bank on its arrearage claim.

14. On or about May 7, 2015 Trustee Marilyn O. Marshall filed and served First Midwest Bank with the attached Notice of Final Cure Payment (Exh. "B") indicating that the amount required to cure the default in the First Midwest Bank's claim has been paid in full (Movant filed a prepetition arrearage claim in the amount of $17,062.95 and received $17,062.95 from the trustee on its claim).

15. First Midwest Bank filed a response to the Trustee's Notice of Final Cure as required by Fed.R.Bank.P.3002.1(g), giving notice of an additional $5,313.92 in postpetition fees and charges incurred during this case, but acknowledges that Debtor's Confirmed plan is presently completed as to First Midwest Bank; that neither the Debtor nor the trustee will make further payment on First Midwest Bank's claim; and that Debtor's prepetition default to First Midwest Bank is deemed cured pursuant to section B2(a) of the Confirmed Plan. Neither the Debtor, nor the trustee have objected to First Midwest Bank's Response pursuant to Bankruptcy Rule 3002.1(h).

16. Since Debtor has no further obligation to First Midwest Bank under his Confirmed Plan other than his contractual obligations under the Note and Mortgage, and since Debtor's prepetition default to movant is deemed cured,

movant seeks to proceed with its defense of the Appeal before the Appellate Court of the State of Illinois, Fourth District, Docket Number: 4-12-0716.

WHEREFORE, Movant respectfully requests that this Honorable Court grant it relief from the automatic stay and allow movant to exercise its non-bankruptcy rights as to the property commonly known as 38 Maywood Drive, Danville, IL 61832, to allow movant to proceed with its defense of the Appeal before the Appellate Court of the State of Illinois, Fourth District, Docket Number: 4-12-0716, and for such other and further relief as this Honorable Court deems fair and just.

        Respectfully submitted,
        First Midwest Bank,

        <u>/s/ Jonathan N. Rogers</u>
        By One of Its Attorneys

Jonathan N. Rogers
Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Rd., Suite 250
Rolling Meadows, IL 60008
(847) 590-8700
6243761